UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DOLORES GAULIN

      VS.                                                    C.A. No.: 1:18-cv-00298

LINCOLN FINANCIAL GROUP

**DISMISSAL STIPULATION**

      By agreement of the parties, any and all claims, cross claims, and counter claims, including all derivative claims of the Plaintiff, Dolores Gaulin, are dismissed **with prejudice** no interest, costs or attorneys' fees with all rights of appeal waived.

| DOLORES GAULIN, | LINCOLN FINANCIAL GROUP, |
|---|---|
| By Her Attorney, | By Their Attorney, |
| /s/ Anthony J. Gianfrancesco, Esq. | /s/ Steven Silver, Esq. |
| Anthony J. Gianfrancesco, Esq (#2762) | Steven Silver, Esq. |
| GIANFRANCESCO & FRIEDEMANN | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 214 Broadway | 2 Monument Square |
| Providence, Rhode Island 02903 | 7th Floor |
| T: (401) 270-0070 | Portland, ME 04101 |
| F: (401) 270-0073 | T: (207) 387-2961 |
| anthony@gianfrancescolaw.com | F: (207) 387-2986 |
| | steven.silver@ogletree.com |

Dated: November 29, 2018